UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AXIS INSURANCE COMPANY, STARR INDEMNITY AND LIABILITY COMPANY and NAGIVATORS INSURANCE COMPANY,<br><br>Defendants. | No. 25-cv-3811 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 11, 2025, the Court held an initial conference in this matter, during which the parties notified the Court that they wished to explore a settlement and asked for leave to file a status letter within forty-five days updating the Court on the status of those discussions. Because the parties have yet to file their status letter, they shall do so no later than September 10, 2025.

SO ORDERED.

Dated:   September 4, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge