*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

|  |  |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>AXIS INSURANCE COMPANY, STARR INDEMNITY AND LIABILITY COMPANY, and NAVIGATORS INSURANCE COMPANY,<br><br>                    Defendants. | : Civil Action No. 1:25-cv-03811<br>:<br>: **STIPULATION OF DISCONTINUANCE**<br>: **WITHOUT PREJUDICE PURSUANT TO**<br>  **F.R.C.P. 41(a)(1)**<br>:<br>:<br>:<br>: |

        **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Liberty Mutual Fire Insurance Company and defendants Axis Insurance Company, Starr Indemnity and Liability Company, and Navigators Insurance Company, and/or their respective counsel(s), that all claims by and between plaintiff and defendants are hereby dismissed, without prejudice, pursuant to F.R.C.P. 41(a)(1), with all parties reserving all rights with respect to any potential indemnity obligations.

DATED: New York, New York
        February 25, 2026

                                HARDIN, KUNDLA, MCKEON & POLETTO, PA
                                Attorneys for Plaintiff, Liberty
                                Mutual Fire Insurance Company

                                By: /s/ John S. Favate
                                   _____
                                    John S. Favate, Esq.

DORF NELSON & ZAUDERER, LLP
Attorneys for Defendant, Axis
Insurance Company

By: /s/ Robert P. Pagano
    Robert P. Pagano, Esq.

KELLY & CURTIS, PLLC
Attorneys for Defendant, Starr
Indemnity & Liability Company

By: /s/ Steven R. Shapiro
    Steven R. Shapiro, Esq.

LAZARE POTTER GLAZER & MOYLE, LLP
Attorneys for Defendant, Navigators
Insurance Company

By: /s/ Andrew M. Premisler
    Andrew M. Premisler, Esq.

- 2 -